## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 1:15-cr-00031-BAH |
| | ) | |
| v. | ) | Hon. Beryl A. Howell |
| | ) | |
| COMMERZBANK AG | ) | |
| Kaiserplatz, 60311 Frankfurt Am Main, | ) | |
| Germany | ) | |
| | ) | |
| COMMERZBANK AG | ) | |
| NEW YORK BRANCH | ) | |
| 225 Liberty Street | ) | |
| New York, NY 10821 | ) | |
| _____ | ) | |

## CERTIFICATE REQUIRED BY LCvR 26.1 AND LCrR 44.6 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Commerzbank Aktiengesellschaft ("Commerzbank AG") and its branch, Commerzbank AG New York Branch, certify to the best of my knowledge and belief that the Federal Republic of Germany is the sole shareholder which owns at least 10% of the stock of Commerzbank AG, that Commerzbank AG has no parent company, and that the following are subsidiaries or affiliates of Commerzbank AG (of which Commerzbank AG New York Branch is a branch) which have any outstanding securities in the hands of the public:

- Hypothekenbank Frankfurt AG

- Erste Europäische Pfandbrief-und Kommunalkreditbank Aktiengesellschaft in Luxemburg (EEPK)

- mBank S.A., Warshaw

- mBank Hiodmoteczny S.A.

- mFinance France SA

- Commerz Markets LLC

- Commerzbank Holdings UK Limited

- Commerzbank International S.A.

- Commerzbank U.S. Finance, Inc

- Dresdner Funding Trust I

- Dresdner Funding Trust IV

- HT 1 Funding GmbH

- UT 2 Funding Plc

- Eurohypo Capital Funding Trust II

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 16, 2015

Washington, DC

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Matthew D. Slater
        Matthew D. Slater (D.C. Bar # 386986)
        Cleary Gottlieb Steen & Hamilton LLP
        2000 Pennsylvania Avenue, N.W.
        Washington, D.C.  20006-1801
        Telephone:  (202) 974-1500
        Facsimile:   (202) 974-1999
        *Counsel for Defendants*