UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------------------- )
                                   )

UNITED STATES OF AMERICA       )

                                    )

v.                                        )      No.   15-CR-00031 (BAH)

                                    )

COMMERZBANK AG,            )

                                    )

Defendant.                   )

                                    )

                                    )

---------------------------------------------------------------------------------- )

## JOINT CONSENT MOTION FOR EXCLUSION OF TIME
## UNDER THE SPEEDY TRIAL ACT

The United States of America, represented by the United States Attorney's Office for the District of Columbia, and the Defendant, Commerzbank AG (hereinafter "Commerzbank"), by and through its attorneys, move this Honorable Court for the entry of an Order approving the exclusion of a three-year period in computing the time within which any trial must be commenced upon the charges contained in the Information filed against Commerzbank, pursuant to Title 18, United States Code, Section 3161(h)(2) of the Speedy Trial Act.

In support of this request, the parties rely on the following points and authorities, as well as any others which may be raised at a hearing on this matter.

1. On March 11, 2015, the United States and Commerzbank entered into a written Deferred Prosecution Agreement (hereinafter "the Agreement"). The Agreement was filed with the Court on March 12, 2015. A true and correct copy of the Agreement is attached hereto as Exhibit A and is incorporated as if fully set forth herein. The purpose of this agreement is to allow Commerzbank to demonstrate its good conduct and implement certain remedial measures.

2.  In Paragraph 1 of the Agreement, Commerzbank has agreed to waive indictment and has agreed to the filing of charges via Information, charging Commerzbank with conspiring to violate the International Emergency Economic Powers Act, in violation of Title 18, United States Code, Section 371, and Title 50, United States Code, Sections 1701-1705, and the regulations issued thereunder; and willfully violating various provisions of the Currency and Foreign Transactions Reporting Act of 1970, as amended, including (a) failure to maintain an effective anti-money laundering ("AML") program, in violation of Title 31, United States Code, Sections 5318(h) and 5322(b) & (c); (b) failure to file suspicious activity reports, in violation of Title 31, United States Code, Sections 5318(g) and 5322(b) & (c); and (c) failure to establish due diligence for foreign correspondent accounts, in violation of Title 31, United States Code, Sections 5318(i) and 5322(d).

3.  Pursuant to Paragraph 1 of the Agreement, the United States filed the Information with the Clerk of this Court.  A true and correct copy of the Information is attached as Exhibit B.

4.  Commerzbank hereby joins in this motion and agrees to a continuance of all further criminal proceedings for a period of three (3) years and the exclusion of all time covered by such a continuance for purposes of speedy trial considerations.

5.  Commerzbank agrees to waive any and all rights to a speedy trial pursuant to the Fifth and Sixth Amendments of the United States Constitution, Title 18, United States Code, Section 3161, Federal Rules of Criminal Procedure 48(b), and any applicable Local Rules of the United States District Court for the District of Columbia for the period that the Agreement is in effect.

6. The United States has agreed that if Commerzbank is in compliance in all respects with all of its obligations under the Agreement, the United States, within 30 days, or earlier, of the expiration of the time period set forth in the Agreement, will move this Court for dismissal with prejudice of the Information filed against Commerzbank pursuant to the terms of the Agreement.

WHEREFORE, the United States and Commerzbank respectfully request that this Honorable Court enter an Order approving the Agreement and continuing all criminal proceedings for a period of three years.  The United States and Commerzbank further request that the Court exclude a period of 18 months from the computation of speedy trial calculations under Title 18, United States Code, Section 3161(h)(2), the Speedy Trial Act.  A proposed Order is attached as Exhibit C for the convenience of the Court.

Respectfully Submitted:


 /s/ *Ronald C. Machen Jr.*
RONALD C. MACHEN JR.
D.C. Bar No. 447-889
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA


By:     _____/s/_____          ____/s/_____

Maia Luckner Miller                                               Nelson A. Boxer
VA Bar No. 73221                                                 Petrillo Klein & Boxer LLP
Matt Graves
DC Bar No. 481-052
Assistant United States Attorneys
555 4th Street, N.W.                                             David Brodsky / Lev Dassin
Washington, DC 20530                                         Cleary Gottlieb Steen &
(202) 252-6737 (Miller)                                        Hamilton LLP
(202) 252-7762 (Graves)
Maia.Miller@usdoj.gov
Matthew.Graves@usdoj.gov                            Counsel for the Company


PREET BHARARA
UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF
NEW YORK

By:     _____/s/_____

Bonnie Jonas
Assistant United States Attorney

LESLIE CALDWELL
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

M. KENDALL DAY
ACTING CHIEF, ASSET FORFEITURE
AND MONEY LAUNDERING SECTION


By:     _____/s/_____

Sarah Devlin
Trial Attorney
Asset Forfeiture and Money
Laundering Section

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this pleading was served upon all counsel

for the defense, via electronic mail, this 16th day of March, 2015.


_____/s/_____
Maia L. Miller
Assistant United States Attorney